**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Christian Drew Chesson
Attorney at Law
One Lakeshore Plaza, #1800
Lake Charles LA 70629

> Judgment on rehearing rendered and mailed to all parties or counsel of record on December 4, 2019

**REHEARING ACTION: December 4, 2019**

**Docket Number: 19   00737-CW**

**CRYSTAL M. SHIDLA**
**VERSUS**
**JOSHUA H. SHIDLA**

**Writ Application from Calcasieu Parish Case No. 2012-15**

**BEFORE JUDGES:**

  **Hon. John D. Saunders**
  **Hon. Elizabeth A. Pickett**
  **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Crystal M. Shidla** is:

  **MOTION FOR RECONSIDERATION DENIED.**

cc: David Hudson, Counsel for  the Respondent